**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-02396-CYC

JUAN CARLOS AGUILAR GONZALEZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Detention Facility;
GEORGE VALDEZ, in his official capacity as Acting Field Office Director, Denver Field Office, Immigration and Customs Enforcement, in his official capacity;
TODD M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement;
MARKWAYNE MULLIN, in his official capacity as Secretary of the Department of Homeland Security, U.S. Department of Homeland Security; and
TODD BLANCHE, in his official capacity as Acting Attorney General of the United States,

      Respondents.

---

## JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the Order (ECF No. 9) by Magistrate Judge Cyrus Y. Chung entered on June 15, 2026, it is

ORDERED that the Petition, ECF No. 1, is GRANTED in part.

It is FURTHER ORDERED that this case is closed.

Dated this 29th day of June, 2026.

FOR THE COURT:
JEFFREY P. COLWELL

By: _____
S. Price Deputy Clerk